Mary Nunes, as Administratrix, etc., of Frank Nunes, Deceased, Respondent, v. Sachs Quality Furniture Co., Inc., and Others, Appellants, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipu-

lates to reduce the judgment as entered to the sum of $23,574.55; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.